GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Kilanna Kathleen Moore | ) | Case Number: 2:13CR00006-1 |
|  | ) | USM Number: 17943-021 |
|  | ) | Whitney Lauren Johnson |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | August 12, 2021 |
| 2 | The defendant failed to report to the probation officer in a manner and frequency directed by the court or probation officer (standard condition). | October 1, 2021 |
| 3 | The defendant failed to participate in a program of testing for drug and alcohol abuse (special condition). | November 1, 2021 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 1034

Defendant's Year of Birth: 1993

City and State of Defendant's Residence:

Jonesboro, Georgia

December 6, 2022
Date of Imposition of Judgment

/s/ (Signature of Judge)

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

December 6, 2022
Date

GAS 245D        (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT:      Kilanna Kathleen Moore
CASE NUMBER:    2:13CR00006-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant committed another federal, state, or local crime (mandatory condition). | October 7, 2022 |

GAS 245D       (Rev. 09/11) Judgment in a Criminal Case for Revocations

|  | Judgment— Page 3 of 3 |
|---|---|
| DEFENDANT: Kilanna Kathleen Moore | |
| CASE NUMBER: 2:13CR00006-1 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>6 months. It is the Court's intention that the defendant receive credit for time served in custody awaiting the revocation hearing.</u>

☒   The Court makes the following recommendations to the Bureau of Prisons:
    Designation to the federal facility in Tallahassee, Florida, is recommended to the extent that space and security can accommodate.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐   a.m.   ☐   p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL